IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rome, Melissa

Printed: 11/25/08

Case Number:  05 B 15190
Judge:  Hollis, Pamela S
Filed:  4/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,950.26 |  |
| Secured: |  | 21,468.00 |
| Unsecured: |  | 4,390.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,633.20 |
| Trustee Fee: |  | 1,423.20 |
| Other Funds: |  | 35.43 |
| Totals: | 28,950.26 | 28,950.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,633.20 | 1,633.20 |
| 2. | Mitsubishi Motors Credit Of America | Secured | 17,005.58 | 17,005.58 |
| 3. | First Northern Credit Union | Secured | 4,462.42 | 4,462.42 |
| 4. | First Northern Credit Union | Unsecured | 746.84 | 241.76 |
| 5. | Mitsubishi Motors Credit Of America | Unsecured | 2,595.57 | 839.79 |
| 6. | Resurgent Capital Services | Unsecured | 4,214.26 | 1,363.43 |
| 7. | RoundUp Funding LLC | Unsecured | 507.56 | 154.69 |
| 8. | CACV Inc | Unsecured | 1,459.44 | 472.18 |
| 9. | Capital One | Unsecured | 537.45 | 163.77 |
| 10. | Cottonwood Financial Ltd | Unsecured | 180.88 | 56.07 |
| 11. | Resurgence Financial LLC | Unsecured | 1,674.72 | 541.86 |
| 12. | Jefferson Capital | Unsecured | 710.65 | 229.95 |
| 13. | Marshall Field & Company | Unsecured | 281.72 | 81.98 |
| 14. | American General Finance | Unsecured | 510.69 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 706.01 | 228.45 |
| 16. | World Financial Network Nat'l | Unsecured | 56.64 | 16.50 |
| 17. | ABN AMRO | Secured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Card Service Center | Unsecured | | No Claim Filed |
| 20. | Great Seneca | Unsecured | | No Claim Filed |
| 21. | Retailers National Bank | Unsecured | | No Claim Filed |
| 22. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 23. | Select Financial Services Inc | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | The Cash Store Ltd | Unsecured | | No Claim Filed |
| 26. | Union Plus | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Rome, Melissa

Printed: 11/25/08

Case Number: 05 B 15190
Judge: Hollis, Pamela S
Filed: 4/19/05

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 37,283.63 | $ 27,491.63 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 131.26 |
| 5.5% | 544.50 |
| 5% | 164.99 |
| 4.8% | 316.81 |
| 5.4% | 208.72 |
| 6.5% | 56.92 |
|  | $ 1,423.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

